# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  KEVIN ALAN NICE<br><br>           Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>      vs.<br>KEVIN ALAN NICE<br><br>       Respondents | Case No.12-23872CMB<br><br>Chapter 13<br><br>Document No. 71 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___8th___ day of __September__, 20_17_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Blue Crystal Software Corp<br>
Attn: Payroll Manager<br>
3627 Lynn Lane<br>
Nazareth, PA 18064

is hereby ordered to immediately terminate the attachment of the wages of KEVIN ALAN NICE, social security number XXX-XX-1926. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of KEVIN ALAN NICE.

FURTHER ORDERED:

BY THE COURT:

_Carlota M. Böhm_
dms

UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
9/8/17 1:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-23872-CMB
Kevin Alan Nice                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1            Date Rcvd: Sep 08, 2017
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2017.
db          +Kevin Alan Nice,   805 Matilda Avenue,   New Castle, PA 16101-1526
            +Blue Crystal Softward Corp.,   atten: Payroll Manager,   3627 Lynn Lane,
              Nazareth, PA 18064-8562

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    Bank of America, N.A., et al...
           agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Brett A. Solomon    on behalf of Creditor    Nuvell Credit Company bsolomon@tuckerlaw.com,
           agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
          James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Kristen D. Little   on behalf of Creditor   Deutsche Bank National Trust Company, as  Trustee, in
           trust for the registered holders of Morgan Stanley ABS Capital I Trust 2007-HE2, Mortgage
           Pass-Through Certificates, Series 2007- HE2, by and thro pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.   on behalf of Debtor Kevin Alan Nice ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8