**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kevin Alan Nice**
Debtor(s)

Bankruptcy Case No.: 12−23872−CMB

Chapter: 13
Docket No.: 76 − 75

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this 26th day of October, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/30/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/20/17 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/30/17.**

                                                                      Carlota M. Bohm
                                                                      United States Bankruptcy Judge

cm: **All Parties**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 12-23872-CMB
Kevin Alan Nice                                                     Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0315-2           User: dsaw                   Page 1 of 2                   Date Rcvd: Oct 26, 2017
                               Form ID: 408                 Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2017.
db             +Kevin Alan Nice,    805 Matilda Avenue,    New Castle, PA 16101-1526
cr             +Nuvell Credit Company,    Tucker Arensberg, P.C.,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
13537498       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
13438840       +BAC Home Loans Servicing, L.P.,    7105 Corporate Drive,    PTX-B-209,    Plano, TX 75024-4100
13438839       +Bac Home Loans Servicing,    450 American St,    Simi Valley, CA 93065-6285
13454983       +Bank Of America,    450 American Street,    Simi Valley, CA 93065-6285
13454984       +Bank of America,    PO Box 5170,    Simi Valley, CA 93062-5170
13452918        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13438844      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas of Pennsylvania,     200 Civic Center Drive,    11th Floor,
                 Columbus OH 43215)
13454989      ++COMCAST,   676 ISLAND POND RD,    MANCHESTER NH 03109-4840
                (address filed with court: Comcast,    P.O. Box 3012,    Southeastern, PA 19398-3012)
13438845       +Countrywide,    450 American Street,    Simi Valley, CA 93065-6285
13438847       +D.J. Hannon & Sons,    215 East Long Avenue,    New Castle, PA 16101-4897
13454993      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                (address filed with court: Directv,    PO Box 9001069,    Louisville, KY 40290-1069)
13454994       +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
13454996        Hofus Surgical,    212 North Jefferson Street,    Suite B,    New Castle, PA 16101
13438848       +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
13438849       +Jameson Health System,    1211 Wilmington Ave,    New Castle, PA 16105-2516
13454998       +Jameson Memorial Hospital,    1211 Wilmington Ave,    New Castle, PA 16105-2595
13438850       +Lawrence County DRS,    Domestic Relations Section,    430 Court Street,
                 New Castle, PA 16101-3503
13438851       +Melanie A. Nice,    338 Laurel Blvd.,    New Castle, PA 16101-2524
13455000      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,     350 Highland Dr,    Lewisville, TX 75067)
13455002       +Neshannock Township Tax Statement,    3131 Mercer Road,    Suite 2,    New Castle, PA 16105-1391
13438853       +New Castle Sanitation Authority,    110 E. Washington St,    P.O. Box 1404,
                 New Castle, PA 16103-1404
13455005        PA SCDU,   POST OFFICE BOX 69110,    HARRISBURG, PA 17106-9110
13438855       +Pamela J. Nice,    118 North Mulberry Street,    New Castle, PA 16101-3441
13438857        Peoples Natural Gas,    PO Box 26666,    Richmond, VA 23261-6666
13438858        Tri-County Industries Inc,    PO Box 867,    Mars, PA 16046-0867
13455011       +University Hospitals,    PO Box 94564,    Cleveland, OH 44101-4564
13455012       +Verizon,   P.O. Box 3037,    Bloomington, IL 61702-3037
13438859       +Zenith Acquisition Corp,    220 John Glenn Drive #1,    Amherst, NY 14228-2246
13454995       +four seasons endoscopy center,    100 Knowilson avenue,    Beaver Falls, PA 15010-1634

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: kristend@lobaf.com Oct 27 2017 01:54:07
                 Deutsche Bank National Trust Company, as Trustee,,    c/o Law Offices of Barbara A. Fein, P.C,
                 721 Dresher Road,    Suite 1050,    Horsham, PA 19044-2266
13438841       +E-mail/Text: banko@berkscredit.com Oct 27 2017 01:52:33       Berks Credit & Collection,
                 900 Corporate Dr,    Reading, PA 19605-3340
13438842       +E-mail/Text: bankruptcy@usecapital.com Oct 27 2017 01:54:49       Capital Accounts,
                 2120 Crestmoor Rd Ste 30,    Nashville, TN 37215-2654
13454991       +E-mail/Text: kcarter@creditmanagementcompany.com Oct 27 2017 01:54:08       Credit Management Co,
                 2121 Noblestown Road,    Pittsburg, PA 15205-3956
13438846       +E-mail/Text: kcarter@creditmanagementcompany.com Oct 27 2017 01:54:08       Credit Management Co,
                 2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13524319        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 27 2017 02:06:23
                 LVNV Funding, LLC its successors and assigns as,     assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13438852       +E-mail/Text: bankruptcydepartment@tsico.com Oct 27 2017 01:54:28       Nco Fin/09,
                 507 Prudential Rd,    Horsham, PA 19044-2308
13438854       +E-mail/Text: ally@ebn.phinsolutions.com Oct 27 2017 01:52:09       Nuvell Credit Co,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
13464393       +E-mail/Text: ally@ebn.phinsolutions.com Oct 27 2017 01:52:09       Nuvell Credit Company,
                 P O Box 130424,    Roseville, MN 55113-0004
13438856       +E-mail/Text: bankruptcy@firstenergycorp.com Oct 27 2017 01:53:27       Penn Power,
                 6896 Miller Rd,    Ste 204,    Brecksville OH 44141-3222
13455007        E-mail/Text: bankruptcy@firstenergycorp.com Oct 27 2017 01:53:27       Penn Power,
                 P.O. Box 3687,    Akron, OH 44309-3687
13474210       +E-mail/Text: csc.bankruptcy@amwater.com Oct 27 2017 01:54:41       Pennsylvania American Water,
                 P.O. Box 578,    Alton IL 62002-0578
13455009       +E-mail/Text: mmyers@primary-health.net Oct 27 2017 01:52:11       Primary Health Network,
                 P.O. Box 716,    Sharon, PA 16146-0716
                                                                                               TOTAL: 13
```

```
District/off: 0315-2              User: dsaw                Page 2 of 2                   Date Rcvd: Oct 26, 2017
                                  Form ID: 408              Total Noticed: 44


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                BANK OF AMERICA, N.A.
cr                Bank of America, N.A., et al...
13454982*        +BAC Home Loans Servicing, L.P.,    7105 Corporate Drive,    PTX-B-209,   Plano, TX 75024-4100
13454981*        +Bac Home Loans Servicing,    450 American St,   Simi Valley, CA 93065-6285
13454985*        +Berks Credit & Collection,    900 Corporate Dr,    Reading, PA 19605-3340
13454987*      ++++CBE GROUP,   131 TOWER PARK DR STE 100,    WATERLOO IA 50701-9374
                  (address filed with court: Cbe Group,    131 Towe Park Dr Suite 1,    Waterloo, IA 50702)
13454988*       ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                  (address filed with court: Columbia Gas of Pennsylvania,    200 Civic Center Drive,
                   Columbus, OH 43215)
13454986*        +Capital Accounts,    2120 Crestmoor Rd Ste 30,   Nashville, TN 37215-2654
13454990*        +Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13454992*        +D.J. Hannon & Sons,    215 East Long Avenue,    New Castle, PA 16101-4897
13454997*        +I C System Inc,   Po Box 64378,    Saint Paul, MN 55164-0378
13454999*        +Lawrence County DRS,    Domestic Relations Section,     430 Court Street,
                   New Castle, PA 16101-3503
13455001*        +Nco Fin/09,   507 Prudential Rd,    Horsham, PA 19044-2308
13455003*        +New Castle Sanitation Authority,    110 E. Washington St,    P.O. Box 1404,
                   New Castle, PA 16103-1404
13455004*        +Nuvell Credit Co,    200 Renaissance Ctr,    Detroit, MI 48243-1300
13455006*        +Pamela J. Nice,   118 North Mulberry Street,    New Castle, PA 16101-3441
13455008*         Peoples Natural Gas,    PO Box 26666,    Richmond, VA 23261-6666
13455010*         Tri-County Industries Inc,    PO Box 867,   Mars, PA 16046-0867
13455013*        +Zenith Acquisition Corp,    220 John Glenn Drive #1,    Amherst, NY 14228-2246
13438843       ##++++CBE GROUP,   131 TOWER PARK DR STE 100,    WATERLOO IA 50701-9374
                  (address filed with court: Cbe Group,    131 Towe Park Dr Suite 1,    Waterloo, IA 50702)
                                                                                          TOTALS: 2, * 17, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Bank of America, N.A., et al...
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brett A. Solomon    on behalf of Creditor    Nuvell Credit Company bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Kristen D. Little    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for the registered holders of Morgan Stanley ABS Capital I Trust 2007-HE2, Mortgage
               Pass-Through Certificates, Series 2007- HE2, by and thro pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Kevin Alan Nice ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```