**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

KEVIN ALAN NICE

    Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
      Movant
       vs.
No Repondents.

Case No.:12-23872

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 25, 2017

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 08/03/2012 and confirmed on 10/29/12 . The case was subsequently         Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 40,347.40 |
| Less Refunds to Debtor | 194.69 | |
| TOTAL AMOUNT OF PLAN FUND | | 40,152.71 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,700.00 | |
|    Trustee Fee | 1,495.14 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,195.14 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   ~ BANK OF AMERICA ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1926 | | | | |
|   BANK OF AMERICA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0655 | | | | |
|   BANK OF AMERICA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0655 | | | | |
|   NUVELL CREDIT CO LLC(*) | 12,944.14 | 12,944.14 | 1,473.81 | 14,417.95 |
|     Acct: 5454 | | | | |
| | | | | 14,417.95 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KEVIN ALAN NICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KEVIN ALAN NICE | 159.69 | 159.69 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KEVIN ALAN NICE | 35.00 | 35.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MAZZEI AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON MAZZEI ESQ | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAMELA J NICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 03DR | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   BERKS CREDIT & COLLECTIONS INC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8746 | | | | |
|   CAPITAL ACCOUNTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX9928 | | | | |
|   THE CBE GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: XXX2998 | | | | |
|   COLUMBIA GAS OF PA INC(*) | 6,705.81 | 6,648.27 | 0.00 | 6,648.27 |
|     Acct: 0025 | | | | |
|   COMCAST*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6919 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1455 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX9339 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0336 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6919 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4313 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4135 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4399 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX7076 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6785 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX5865 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX3388 | | | | |
|   D J HANNON & SONS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0010 | | | | |
|   EASTERN ACCOUNT SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4809 | | | | |
|   FOUR SEASON ENDOSCOPY CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   HOFUS SURGICAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   JAMESON MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2035 | | | | |
|   NEW CASTLE SANITATION AUTHORITY(* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX9895 | | | | |
|   PENN POWER/FIRST ENERGY** | 3,144.52 | 3,117.54 | 0.00 | 3,117.54 |
|     Acct: 5034 | | | | |
|   TRI-COUNTY INDUSTRIES INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   UNIVERSITY HOSPITALS MEDICAL GROU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1926 | | | | |
|   ZENITH ACQUISITION CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   JAMESON HEALTH SYSTEM | 10,283.35 | 10,195.12 | 0.00 | 10,195.12 |
|     Acct: 1926 | | | | |
|   PA AMERICAN WATER CO(*) | 217.62 | 215.75 | 0.00 | 215.75 |
|     Acct: 9895 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 213.45 | 211.62 | 0.00 | 211.62 |
|     Acct: 6805 | | | | |
|   AMERICAN INFOSOURCE LP - AGENT DII | 152.63 | 151.32 | 0.00 | 151.32 |
|     Acct: 4447 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2160 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |

12-23872 Page 3 of 3

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: XXX2300 | | | | |
|   DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX7001 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1907 | | | | |
|   NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX9142 | | | | |
|   PRIMARY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   VERIZON**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
| | | | | 20,539.62 |

TOTAL PAID TO CREDITORS      34,957.57

TOTAL  
CLAIMED      0.00  
PRIORITY      12,944.14  
SECURED      20.717.38  

Date: 10/25/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    KEVIN ALAN NICE<br><br>            Debtor(s)<br><br>    Ronda J. Winnecour<br>            Movant<br>        vs.<br>    No Repondents. | Case No.:12-23872<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-23872-CMB
Kevin Alan Nice                                                           Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dsaw              Page 1 of 2              Date Rcvd: Oct 26, 2017
                               Form ID: pdf900         Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2017.
```
db          +Kevin Alan Nice,    805 Matilda Avenue,    New Castle, PA 16101-1526
cr          +Nuvell Credit Company,    Tucker Arensberg, P.C.,    1500 One PPG Place,
              Pittsburgh, Pa 15222-5413
13537498    +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
              El Segundo, CA 90245-3504
13438840    +BAC Home Loans Servicing, L.P.,     7105 Corporate Drive,    PTX-B-209,    Plano, TX 75024-4100
13438839    +Bac Home Loans Servicing,    450 American St,    Simi Valley, CA 93065-6285
13454983    +Bank Of America,    450 American Street,    Simi Valley, CA 93065-6285
13454984    +Bank of America,    PO Box 5170,    Simi Valley, CA 93062-5170
13452918     Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13438844   ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
             (address filed with court: Columbia Gas of Pennsylvania,     200 Civic Center Drive,    11th Floor,
              Columbus OH 43215)
13454989   ++COMCAST,    676 ISLAND POND RD,    MANCHESTER NH 03109-4840
             (address filed with court: Comcast,     P.O. Box 3012,    Southeastern, PA 19398-3012)
13438845    +Countrywide,    450 American Street,    Simi Valley, CA 93065-6285
13438847    +D.J. Hannon & Sons,    215 East Long Avenue,    New Castle, PA 16101-4897
13454993   ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
             (address filed with court: Directv,     PO Box 9001069,    Louisville, KY 40290-1069)
13454994    +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
13454996     Hofus Surgical,    212 North Jefferson Street,    Suite B,    New Castle, PA 16101
13438848    +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
13438849    +Jameson Health System,    1211 Wilmington Ave,    New Castle, PA 16105-2516
13454998    +Jameson Memorial Hospital,    1211 Wilmington Ave,    New Castle, PA 16105-2595
13438850    +Lawrence County DRS,    Domestic Relations Section,    430 Court Street,
              New Castle, PA 16101-3503
13438851    +Melanie A. Nice,    338 Laurel Blvd.,    New Castle, PA 16101-2524
13455000   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage,     350 Highland Dr,    Lewisville, TX 75067)
13455002    +Neshannock Township Tax Statement,    3131 Mercer Road,    Suite 2,    New Castle, PA 16105-1391
13438853    +New Castle Sanitation Authority,    110 E. Washington St,    P.O. Box 1404,
              New Castle, PA 16103-1404
13455005     PA SCDU,    POST OFFICE BOX 69110,    HARRISBURG, PA 17106-9110
13438855    +Pamela J. Nice,    118 North Mulberry Street,    New Castle, PA 16101-3441
13438857     Peoples Natural Gas,    PO Box 26666,    Richmond, VA 23261-6666
13438858     Tri-County Industries Inc,    PO Box 867,    Mars, PA 16046-0867
13455011    +University Hospitals,    PO Box 94564,    Cleveland, OH 44101-4564
13455012    +Verizon,    P.O. Box 3037,    Bloomington, IL 61702-3037
13438859    +Zenith Acquisition Corp,    220 John Glenn Drive #1,    Amherst, NY 14228-2246
13454995    +four seasons endoscopy center,    100 Knowilson avenue,    Beaver Falls, PA 15010-1634

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/Text: kristend@lobaf.com Oct 27 2017 01:54:07
              Deutsche Bank National Trust Company, as  Trustee,,     c/o Law Offices of Barbara A. Fein, P.C,
              721 Dresher Road,    Suite 1050,    Horsham, PA 19044-2266
13438841    +E-mail/Text: banko@berkscredit.com Oct 27 2017 01:52:33      Berks Credit & Collection,
              900 Corporate Dr,    Reading, PA 19605-3340
13438842    +E-mail/Text: bankruptcy@usecapital.com Oct 27 2017 01:54:49      Capital Accounts,
              2120 Crestmoor Rd Ste 30,    Nashville, TN 37215-2654
13454991    +E-mail/Text: kcarter@creditmanagementcompany.com Oct 27 2017 01:54:08      Credit Management Co,
              2121 Noblestown Road,    Pittsburg, PA 15205-3956
13438846    +E-mail/Text: kcarter@creditmanagementcompany.com Oct 27 2017 01:54:08      Credit Management Co,
              2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13524319     E-mail/PDF: resurgentbknotifications@resurgent.com Oct 27 2017 02:06:23
              LVNV Funding, LLC its successors and assigns as,     assignee of North Star Capital,
              Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13438852    +E-mail/Text: bankruptcydepartment@tsico.com Oct 27 2017 01:54:26      Nco Fin/09,
              507 Prudential Rd,    Horsham, PA 19044-2308
13438854    +E-mail/Text: ally@ebn.phinsolutions.com Oct 27 2017 01:52:09      Nuvell Credit Co,
              200 Renaissance Ctr,    Detroit, MI 48243-1300
13464393    +E-mail/Text: ally@ebn.phinsolutions.com Oct 27 2017 01:52:09      Nuvell Credit Company,
              P O Box 130424,    Roseville, MN 55113-0004
13438856    +E-mail/Text: bankruptcy@firstenergycorp.com Oct 27 2017 01:53:24      Penn Power,
              6896 Miller Rd,    Ste 204,    Brecksville OH 44141-3222
13455007     E-mail/Text: bankruptcy@firstenergycorp.com Oct 27 2017 01:53:24      Penn Power,
              P.O. Box 3687,    Akron, OH 44309-3687
13474210    +E-mail/Text: csc.bankruptcy@amwater.com Oct 27 2017 01:54:40      Pennsylvania American Water,
              P.O. Box 578,    Alton IL 62002-0578
13455009    +E-mail/Text: mmyers@primary-health.net Oct 27 2017 01:52:11      Primary Health Network,
              P.O. Box 716,    Sharon, PA 16146-0716
                                                                                              TOTAL: 13
```

```
District/off: 0315-2          User: dsaw                    Page 2 of 2                   Date Rcvd: Oct 26, 2017
                              Form ID: pdf900               Total Noticed: 44

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Bank of America, N.A., et al...
13454982*      +BAC Home Loans Servicing, L.P.,    7105 Corporate Drive,    PTX-B-209,    Plano, TX 75024-4100
13454981*      +Bac Home Loans Servicing,    450 American St,    Simi Valley, CA 93065-6285
13454985*      +Berks Credit & Collection,    900 Corporate Dr,    Reading, PA 19605-3340
13454987*    ++++CBE GROUP,    131 TOWER PARK DR STE 100,    WATERLOO IA  50701-9374
                (address filed with court: Cbe Group,    131 Towe Park Dr Suite 1,    Waterloo, IA 50702)
13454988*     ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas of Pennsylvania,    200 Civic Center Drive,
                 Columbus, OH 43215)
13454986*      +Capital Accounts,    2120 Crestmoor Rd Ste 30,    Nashville, TN 37215-2654
13454990*      +Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13454992*      +D.J. Hannon & Sons,    215 East Long Avenue,    New Castle, PA 16101-4897
13454997*      +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
13454999*      +Lawrence County DRS,    Domestic Relations Section,    430 Court Street,
                 New Castle, PA 16101-3503
13455001*      +Nco Fin/09,    507 Prudential Rd,    Horsham, PA 19044-2308
13455003*      +New Castle Sanitation Authority,    110 E. Washington St,    P.O. Box 1404,
                 New Castle, PA 16103-1404
13455004*      +Nuvell Credit Co,    200 Renaissance Ctr,    Detroit, MI 48243-1300
13455006*      +Pamela J. Nice,    118 North Mulberry Street,    New Castle, PA 16101-3441
13455008*       Peoples Natural Gas,    PO Box 26666,    Richmond, VA 23261-6666
13455010*       Tri-County Industries Inc,    PO Box 867,    Mars, PA 16046-0867
13455013*      +Zenith Acquisition Corp,    220 John Glenn Drive #1,    Amherst, NY 14228-2246
13438843   ##++++CBE GROUP,    131 TOWER PARK DR STE 100,    WATERLOO IA  50701-9374
                (address filed with court: Cbe Group,    131 Towe Park Dr Suite 1,    Waterloo, IA 50702)
                                                                                               TOTALS: 2, * 17, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Bank of America, N.A., et al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brett A. Solomon    on behalf of Creditor    Nuvell Credit Company bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Kristen D. Little    on behalf of Creditor    Deutsche Bank National Trust Company, as  Trustee, in
               trust for the registered holders of Morgan Stanley ABS Capital I Trust 2007-HE2, Mortgage
               Pass-Through Certificates, Series 2007- HE2, by and thro pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Kevin Alan Nice ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                  TOTAL: 8
```