**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Kevin Alan Nice** | Social Security number or ITIN **xxx–xx–1926** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **12–23872–CMB**

# Order of Discharge                                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kevin Alan Nice

12/5/17                                                                **By the court:**     Carlota M. Bohm
                                                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                     Case No. 12-23872-CMB
Kevin Alan Nice                                                            Chapter 13
        Debtor                       CERTIFICATE OF NOTICE
District/off: 0315-2          User: dkam                  Page 1 of 3                  Date Rcvd: Dec 05, 2017
                              Form ID: 3180W              Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2017.
db             +Kevin Alan Nice,    805 Matilda Avenue,    New Castle, PA 16101-1526
cr             +Nuvell Credit Company,    Tucker Arensberg, P.C.,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
13537498       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
13452918        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13438844      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of Pennsylvania,     200 Civic Center Drive,    11th Floor,
                 Columbus OH 43215)
13454989      ++COMCAST,    676 ISLAND POND RD,   MANCHESTER NH 03109-4840
               (address filed with court: Comcast,    P.O. Box 3012,    Southeastern, PA 19398-3012)
13438847       +D.J. Hannon & Sons,    215 East Long Avenue,    New Castle, PA 16101-4897
13454994       +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
13454996        Hofus Surgical,    212 North Jefferson Street,    Suite B,    New Castle, PA 16101
13438849       +Jameson Health System,    1211 Wilmington Ave,    New Castle, PA 16105-2516
13454998       +Jameson Memorial Hospital,    1211 Wilmington Ave,    New Castle, PA 16105-2595
13438850       +Lawrence County DRS,    Domestic Relations Section,    430 Court Street,
                 New Castle, PA 16101-3503
13438851       +Melanie A. Nice,    338 Laurel Blvd.,    New Castle, PA 16101-2524
13455000      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,     350 Highland Dr,    Lewisville, TX 75067)
13455002       +Neshannock Township Tax Statement,    3131 Mercer Road,    Suite 2,    New Castle, PA 16105-1391
13438853       +New Castle Sanitation Authority,    110 E. Washington St,    P.O. Box 1404,
                 New Castle, PA 16103-1404
13455005        PA SCDU,    POST OFFICE BOX 69110,    HARRISBURG, PA 17106-9110
13438855       +Pamela J. Nice,    118 North Mulberry Street,    New Castle, PA 16101-3441
13438857        Peoples Natural Gas,    PO Box 26666,   Richmond, VA 23261-6666
13438858        Tri-County Industries Inc,    PO Box 867,    Mars, PA 16046-0867
13455011       +University Hospitals,    PO Box 94564,    Cleveland, OH 44101-4564
13438859       +Zenith Acquisition Corp,    220 John Glenn Drive #1,    Amherst, NY 14228-2246
13454995       +four seasons endoscopy center,    100 Knowilson avenue,    Beaver Falls, PA 15010-1634

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 06 2017 01:59:19      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/Text: kristend@lobaf.com Dec 06 2017 01:59:58
                 Deutsche Bank National Trust Company, as Trustee,,    c/o Law Offices of Barbara A. Fein, P.C,
                 721 Dresher Road,    Suite 1050,    Horsham, PA 19044-2266
13438840       +EDI: BANKAMER.COM Dec 06 2017 01:48:00      BAC Home Loans Servicing, L.P.,
                 7105 Corporate Drive,    PTX-B-209,    Plano, TX 75024-4100
13438839       +EDI: BANKAMER.COM Dec 06 2017 01:48:00      Bac Home Loans Servicing,    450 American St,
                 Simi Valley, CA 93065-6285
13454983       +EDI: BANKAMER.COM Dec 06 2017 01:48:00      Bank Of America,    450 American Street,
                 Simi Valley, CA 93065-6285
13454984       +EDI: BANKAMER.COM Dec 06 2017 01:48:00      Bank of America,    PO Box 5170,
                 Simi Valley, CA 93062-5170
13438841       +E-mail/Text: banko@berkscredit.com Dec 06 2017 01:59:13      Berks Credit & Collection,
                 900 Corporate Dr,    Reading, PA 19605-3340
13438842       +E-mail/Text: bankruptcy@usecapital.com Dec 06 2017 02:00:22      Capital Accounts,
                 2120 Crestmoor Rd Ste 30,    Nashville, TN 37215-2654
13438845       +EDI: BANKAMER.COM Dec 06 2017 01:48:00      Countrywide,    450 American Street,
                 Simi Valley, CA 93065-6285
13454991       +E-mail/Text: kcarter@creditmanagementcompany.com Dec 06 2017 01:59:59      Credit Management Co,
                 2121 Noblestown Road,    Pittsburg, PA 15205-3956
13438846       +E-mail/Text: kcarter@creditmanagementcompany.com Dec 06 2017 01:59:59      Credit Management Co,
                 2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13454993        EDI: DIRECTV.COM Dec 06 2017 01:49:00      Directv,    PO Box 9001069,
                 Louisville, KY 40290-1069
13438848       +EDI: IIC9.COM Dec 06 2017 01:49:00      I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
13524319        EDI: RESURGENT.COM Dec 06 2017 01:48:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of North Star Capital,    Acquisition LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
13438852       +E-mail/Text: bankruptcydepartment@tsico.com Dec 06 2017 02:00:07      Nco Fin/09,
                 507 Prudential Rd,    Horsham, PA 19044-2308
13438854       +EDI: GMACFS.COM Dec 06 2017 01:48:00      Nuvell Credit Co,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
13464393       +EDI: GMACFS.COM Dec 06 2017 01:48:00      Nuvell Credit Company,    P O Box 130424,
                 Roseville, MN 55113-0004
13438856       +E-mail/Text: bankruptcy@firstenergycorp.com Dec 06 2017 01:59:42      Penn Power,
                 6896 Miller Rd,    Ste 204,    Brecksville OH 44141-3222
13455007        E-mail/Text: bankruptcy@firstenergycorp.com Dec 06 2017 01:59:42      Penn Power,
                 P.O. Box 3687,    Akron, OH 44309-3687
```

```
District/off: 0315-2           User: dkam                   Page 2 of 3                   Date Rcvd: Dec 05, 2017
                               Form ID: 3180W               Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13474210       +E-mail/Text: csc.bankruptcy@amwater.com Dec 06 2017 02:00:14     Pennsylvania American Water,
                P.O. Box 578,    Alton IL 62002-0578
13455009       +E-mail/Text: mmyers@primary-health.net Dec 06 2017 01:59:06     Primary Health Network,
                P.O. Box 716,    Sharon, PA 16146-0716
13455012       +EDI: VERIZONEAST.COM Dec 06 2017 01:49:00      Verizon,    P.O. Box 3037,
                Bloomington, IL 61702-3037
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Bank of America, N.A., et al...
13454982*      +BAC Home Loans Servicing, L.P.,    7105 Corporate Drive,    PTX-B-209,    Plano, TX 75024-4100
13454981*      +Bac Home Loans Servicing,    450 American St,    Simi Valley, CA 93065-6285
13454985*      +Berks Credit & Collection,    900 Corporate Dr,    Reading, PA 19605-3340
13454987*    ++++CBE GROUP,    131 TOWER PARK DR STE 100,    WATERLOO IA  50701-9374
                (address filed with court:  Cbe Group,    131 Towe Park Dr Suite 1,    Waterloo, IA 50702)
13454988*      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas of Pennsylvania,    200 Civic Center Drive,
                Columbus, OH 43215)
13454986*      +Capital Accounts,    2120 Crestmoor Rd Ste 30,    Nashville, TN 37215-2654
13454990*      +Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13454992*      +D.J. Hannon & Sons,    215 East Long Avenue,    New Castle, PA 16101-4897
13454997*      +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
13454999*      +Lawrence County DRS,    Domestic Relations Section,    430 Court Street,
                New Castle, PA 16101-3503
13455001*      +Nco Fin/09,    507 Prudential Rd,    Horsham, PA 19044-2308
13455003*      +New Castle Sanitation Authority,    110 E. Washington St,    P.O. Box 1404,
                New Castle, PA 16103-1404
13455004*      +Nuvell Credit Co,    200 Renaissance Ctr,    Detroit, MI 48243-1300
13455006*      +Pamela J. Nice,    118 North Mulberry Street,    New Castle, PA 16101-3441
13455008*       Peoples Natural Gas,    PO Box 26666,    Richmond, VA 23261-6666
13455010*       Tri-County Industries Inc,    PO Box 867,    Mars, PA 16046-0867
13455013*      +Zenith Acquisition Corp,    220 John Glenn Drive #1,    Amherst, NY 14228-2246
13438843     ##++++CBE GROUP,    131 TOWER PARK DR STE 100,    WATERLOO IA  50701-9374
                (address filed with court:  Cbe Group,    131 Towe Park Dr Suite 1,    Waterloo, IA 50702)
                                                                                             TOTALS: 2, * 17, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    Bank of America, N.A., et al...
           agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Brett A. Solomon    on behalf of Creditor    Nuvell Credit Company bsolomon@tuckerlaw.com,
           agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
          James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
```

```
District/off: 0315-2          User: dkam              Page 3 of 3              Date Rcvd: Dec 05, 2017
                              Form ID: 3180W          Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Kristen D. Little   on behalf of Creditor   Deutsche Bank National Trust Company, as  Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007- HE2, by and thro pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Kevin Alan Nice ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                                                          TOTAL: 8